# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JULIE HELLING AND ELIZABETH STEWART and the marital community thereof,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:23-cv-1049<br><br>COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT |

JULIE HELLING and ELIZABETH STEWART (PLAINTIFF or PLAINTIFFS), and the marital community thereof, bring this action against

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **1** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

Defendant THE STANDARD INSURANCE COMPANY ("the Standard") complaining of the Defendant, does hereby allege that:

## INTRODUCTION

1.0 This action seeks to recover disability insurance benefits due to plaintiff Julie Helling under the terms of an insurance group policy ("the Plan") issued by the Standard Insurance Company.

2.0 Plaintiffs also seeks a declaratory judgment finding that the Standard is not due any offset of Plaintiff's Social Security Disability benefits as the basis for such offset is ambiguous, interpreted by Plaintiffs as being excluded from the offset provisions and being interpreted by the Standard as being part of the policy's offset provisions.

## PARTIES

3.0 Plaintiffs Julie Helling and Elizabeth Stewart are a married couple, and at all relevant times, were citizens of the United States and residents of Whatcom County, Washington.

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **2** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

4.0   Defendant the Standard is an insurance company with the principal executive office located in Portland, Oregon.  At all times herein Plaintiff's employer, Western Washington University (WWU), contracted with the Standard as to the determination, claims administration and payment of benefits under the State of Washington Health Care Authority (PEBB) Claim OOHL9952 and OOHP2150, Contract #377661B, effective July 1 992 and as amended.  Plaintiff remained covered under the Plan for all relevant times.

5.0   The Plan, governed by Washington law, is comprised of a basic long-term disability plan, a supplemental benefit plan and an optional Higher Education Retirement plan with the Washington State Healthcare Authority as the policyholder.

6.0   While the basic Plan was provided by WWU, Plaintiff deductions were taken from her salary for the supplemental plan.

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **3** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

## JURISDICTION AND VENUE

7.0 This Court has jurisdiction pursuant to 29 U.S.C. § 1332 as the parties are citizens of different states and the amount in controversy including past, future benefits and attorney's fees exceeds $75,000.00.

8.0 This Court has personal jurisdiction over the parties

9.0 Venue is proper in the district under 28 U.S.C. 1391 (b)(2).

## STATUTORY COMPLIANCE

10.0 On December 10 , 2022, more than twenty days prior to the commencement of this action, Plaintiff served a 20-day IFCA notice of potential lawsuit on Defendant and on the Office of the Insurance Commissioner by certified mail, thus satisfying the requirements imposed by RCW 48.30.015(8)(a).

11.0 In the IFCA notice of a potential lawsuit, Plaintiff advised Defendant that the reasons for claims were founded both on

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **4** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

RCW 48.30.015(1) and RCW 48.30.015(5)(a)-€. Defendant has not responded to the notice.

## FACTUAL ALLEGATIONS

12.0 During the relevant time, Plaintiff was a tenured 54-year-old faculty member at Western Washington University, Fairhaven College, where she worked continuously since April 10, 2000 through June 30, 2020, with the title of Associate Professor. Pursuant to the Department of Labor's *Dictionary of Occupational Titles*, an associate professor performs the following duties:

Conducts college or university courses for undergraduate or graduate students: Teaches one or more subjects, such as economics, chemistry, law, or medicine, within prescribed curriculum. Prepares and delivers lectures to students. Compiles bibliographies of specialized materials for outside reading assignments. Stimulates class discussions. Compiles, administers, and grades examinations, or assigns this work to others. Directs research of other teachers or graduate students working for advanced academic degrees. Conducts research in particular field of knowledge and publishes findings in professional journals. Performs related duties, such as

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **5** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

advising students on academic and vocational curricula, and acting as adviser to student organizations. Serves on faculty committee providing professional consulting services to government and industry.

13.0 Western Washington University provided short and long-term disability coverage from the Standard. The Plan and its provisions are incorporated by reference as though fully set forth herein. The Plan and benefits at issue are exempt from the Employee Retirement Income Security Act, (ERISA) as defined by 29 U.S.C. § 1001, *et seq*.

14.0 Plaintiff Helling suffers from severe bipolar disorder, anxiety, depression diabetes, neuropathy, sleep apnea and other impairments. Plaintiff has been hospitalized and treated with numerous medications and electroconvulsive therapy to no avail.

15.0 The Standard has in its possession the Administrative Record (AR) upon which it based its denial and has acknowledged that

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **6** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

her bipolar disorder is severe, meriting an award of Social Security Disability benefits.

16.0 Despite treatment her Type II diabetes mellitus has remained severe with her HbA1c blood test results over 10.5 percent; it has remained severe in addition to her other impairments.

17.0 Disability is defined under the Policy accordingly:

You are Disabled if you meet one of the following definitions:

**A. Own Occupation Definition Of Disability**

During the Benefit Waiting Period and the first 24 months for which LTD Benefits are paid (Own Occupation Period), you are required to be Disabled only from your Own Occupation.

You are Disabled from your Own Occupation if, as a result of Sickness, Injury or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.

3. **Any Occupation Definition of Disability**
From the end of the Own Occupation Period to the end of the Maximum Benefit Period (Any Occupation Period), you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Sickness, Injury or Pregnancy, you are unable to perform

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **7** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

with reasonable continuity the Material Duties of any gainful occupation for which you are reasonably able through education, training, and experience.

18.0  Ms. Helling met both definitions of disability.  She became disabled from her employment as a law professor due to psychiatric and other impairments.  From a psychiatric standpoint, the Standard's physician consultant concluded that she is "totally restricted with no sustainable work capacity at any level."

19.0  The Standard acknowledged the severity of her impairments a and found her unable to return to her work as an associate professor and eligible for benefits under the policies from September 23, 2019 until March of 2022 when the Standard terminated those benefits without proper notice.   To date, the Standard has not provided proper notice as promised.

20.0  As of March, 2022, the Standard is in breach of contract as it refuses to affirm coverage, pay benefits due under the policy or state the date at which it will reach a final decision on this claim.

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **8** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

21.0  At no date after September 23, 2019 was Plaintiff ever able to perform the duties of a university associate professor or work in any other occupation on a sustained basis.

22.0 In May of 2021 Ms. Helling applied for benefits.

23.0 On October 8, 2021, the Standard accepted liability for Ms. Helling's claim for total disability as of September 23, 2019 approved her claim for benefits but noted that Ms. Helling would only be eligible for benefits through March of 2022 as her claim was predicated on a 24-month mental impairment limitation.

24.0 "Mental Disorder," in pertinent part, is defined under the Plan accordingly:

**Mental Disorder**

**Payment of LTD Benefits is limited to 24 months for each period of Disability caused or contributed to by a Mental Disorder.**

**Mental Disorder means a mental, emotional, behavioral, or stress-related disorder.**

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **9** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

25.0  The Standard informed Ms. Helling that she could wait to appeal the determination to close her claim based on the 24-month mental disorder limitation until **"after you receive our letter reminding you that your benefits will end."**

26.0 To date, and despite multiple requests, Defendant has not provided Ms. Helling with the letter referenced in the company's award letter.

27.0  The Standard knew or should have known that the definition of mental impairment as outlined in the Plan is ambiguous and unable to support a denial of benefits.

28.0 The Standard has alleged that Ms. Helling owes an overpayment of benefits in the amount of $52,000 due to the receipt of Social Security Disability Benefits.

29.0 Under the Plan, her individual monthly Social Security benefits are described as Deductible Income, yet a separate section of the Plan

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **10** OF **16**

Invictus Legal Servi**ces**
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

notes that benefits from individual disability insurance policies are exceptions to the deductible income provisions under the Plan.

30.0 The Plan provides that Ms. Helling shall receive monthly benefits in excess of $3,000 per month through her Social Security normal retirement age of 67. Ms. Helling has been prevented from appealing this action further without court intervention. Ms. Helling has complied with and performed each and every duty required of her pursuant to the group policy.

**FIRST CAUSE OF ACTION**
**BREACH OF CONTRACT**

1) Plaintiff adopts and alleges all of the foregoing and, in adidition, alleges the following:

2) Defendant is contracted to provide disability benefits to Washington state employees and received full consideration for promising to pay these benefits.

3) The Standard's conduct in failing to pay Plaintiff's benefits due constitutes a breach of contract for insurance coverage causing

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **11** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

Plaintiff to sustain damages. As a direct and proximate result of said breach of contract, Ms. Helling has suffered damages in an amount to be proven at trial.

## SECOND CAUSE OF ACTION
## BAD FAITH

1) Plaintiff adopts and reiterates all of the foregoing and, in addition, alleges the following:

2) Defendant had a duty to deal with its insured in good faith. Defendant's wrongful denial of Plaintiff's long-term disability benefits is a breach or failure of its duty to deal in good faith with its insured.

3) Defendant wrongfully denied Plaintiff's reasonable request for the documentation required to assert an appeal of its decision denying benefits

To date, Defendant has not produced this letter.

4) As a direct and proximate result of Defendants breach or failure of its duty to deal in good faith with its insured, Plaintiff has sustained damages.

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **12** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

# THIRD CAUSE OF ACTION
# VIOLATION OF THE IFCA

1) Plaintiff adopts and reiterates all of the foregoing and, in addition, alleges the following:

2) Pursuant to RCW 48.30, et seq., Defendant's denial of Plaintiff's claim for benefits and its claims handling in this case constitute unreasonable conduct entitling Plaintiff to all statutory relief, including but not limited to treble damages, attorney's fees and costs.

3) The above-alleged action of Defendant are in violation of RCW 48.30.015, WAC 284-30-330, WAC 284-30-350; WAC 285-360; and WAC 284-30-370.  Said violations constitute grounds for  violations Washington's IFCA, entitling Plaintiff to the statutory relief provided by said Act.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **13** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

A. All gross unpaid monthly long-term disability benefits, including the basic policy provisions, supplemental policy and retirement contributions from March 2022 through the date of judgment;

B. A declaration that Defendant breached its contractual duty to Plaintiff by wrongfully denying Plaintiff's LTD claim and estopping Defendant from continuing to deny Plaintiff's claim;

C. For a declaration that, given the ambiguous contract language, Defendant has no right to offset Plaintiff's past or future disability benefits from the Social Security Administration, and that Defendant refund any payments already offset from September 2019 to the present;

D. For a declaration resolving and clarifying that Plaintiff is entitled to receive her full monthly benefit for the remaining term of the policy through her retirement age as outlined in the Plan and resolving any other matters at issue;

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **14** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

E. For all damages shown at trial which proximate flow from Defendant's breach of contract;

F. For all damages shown at trial which proximate flow from Defendant's breach of or failure to act in good faith;

G. For all damages shown at trial which proximately flow from Defendant's violation of RCW 48.30, et seq., including but not limited to treble damages and reasonable attorney's fees and costs incurred by being compelled to bring this action. Such damages are being sought without limitation under the law. *Olympic Steamship Co. v. Centennial Ins. Co.*, 117 Wn.2d 673 (1991).

H. General damages for mental and emotional distress in a sum to be determined at trial.

I. For pre-judgment and post-judgement interest; and

J. For such further relief as the court deems just and equitable.

Dated this 12th day of July, 2023.

COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO. 2:23-CV-1049---PAGE **15** OF **16**

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

1
2      /s/George Andre Fields,_____
       Law Office of George Andre Fields, WSBA #25973
3      P.O. Box 231024
       Sacramento, CA 95823
4      Phone: (800) 567-1556
5      Fax: (877) 327-5090
       gafieldsdisabilitylaw@gmail.com
6      Attorney for Plaintiff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  COMPLAINT FOR BREACH OF CONTRACT RE: DENIAL OF LONG-TERM
    DISABILITY BENEFITS, VIOLATION OF THE CONSUMER PROTECTION ACT, BAD
25  FAITH AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT—-CIVIL NO.
    2:23-CV-1049---PAGE **16** OF **16**
26

Invictus Legal Services
George Andre Fields
Attorney at Law
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556