UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE HELLING AND ELIZABETH STEWART and the martial community thereof,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY<br><br>Defendant. | Case No. 2:23-cv-1049<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS PENDING RESULTS OF ADMINISTRATIVE REVIEW**<br><br>NOTED FOR AUGUST 29, 2023<br><br>*CLERK'S ACTION REQUIRED* |

THIS MATTER comes before the Court for consideration pursuant to the parties' Stipulated Motion to Stay Proceedings Pending Results of Administrative Review. The Court has considered the motion, as well as the pleadings and filings in the record.

NOW, THEREFORE, being fully advised in the premises, the Court hereby ORDERS as follows:

1. The Stipulated Motion to Stay Proceedings Pending Results of Administrative Review is GRANTED in its entirety.

2. The lawsuit is hereby stayed, and all case schedule dates are stricken, including those set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement ("Order") issued on July 28, 2023. ECF No. 4.

ORDER GRANTING STIPULATED MOTION TO STAY
PROCEEDINGS - 1
Case No. 2:23-cv-1049

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

3. Standard Insurance Company ("Standard") shall conduct an administrative review of plaintiff Julie Helling's claims, which will be governed by the terms of the insurance policy in question. The parties shall promptly notify the Court once the administrative review is finished. Also, until such time as the review is completed, the parties shall file a joint status report regarding the status of the review every 90 days.

4. Plaintiffs shall not seek to recover any extra-contractual damages, attorneys' fees or costs associated with the administrative review after the date of this Order.

5. By agreeing to conduct the administrative review, Standard does not waive, and is not estopped from asserting, any affirmative defenses that are otherwise available to it.

IT IS SO ORDERED.

DONE this 31st day of August, 2023.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS - 2
  Case No. 2:23-cv-1049

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

Presented by:

JENSEN MORSE BAKER PLLC

By  s/Steven D. Jensen
Steven D. Jensen, WSBA No. 26495
    steve.jensen@jmblawyers.com

   1809 Seventh Avenue, Suite 410
   Seattle, WA  98101

Attorneys for Defendant Standard Insurance Company

And

INVICTUS LEGAL SERVICES

By  s/George Andre Fields
George Andre Fields, WSBA #25973

PO Box 231024
Sacramento, CA 95823

Attorney for Plaintiff

ORDER GRANTING STIPULATED MOTION TO STAY
PROCEEDINGS - 3
   Case No. 2:23-cv-1049

**JENSEN MORSE BAKER PLLC**
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON  98101
PHONE:  206.682.1550

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, this August 31, 2023, the document attached hereto was delivered to the below counsel in the manner indicated:

| | |
|---|---|
| Invictus Legal Services<br>George Andre Fields<br>PO Box 231024<br>Sacramento, CA 95823<br>Phone: (800) 567-1556 | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

Signed this August 31, 2023, in Seattle, WA.

*s/ Steven D. Jensen*
Steven D. Jensen

ORDER GRANTING STIPULATED MOTION TO STAY
PROCEEDINGS - 4
Case No. 2:23-cv-1049

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550