THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE HELLING AND ELIZABETH STEWART and the martial community thereof,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY<br><br>Defendant. | Case No. 2:23-cv-01049-TSZ<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

## I.  **STIPULATED MOTION**

IT IS HEREBY STIPULATED by and between the parties hereto that any and all claims and causes of action may be dismissed with prejudice.

DATED: November 25, 2025.

| *Attorneys for Plaintiffs:* | *Attorneys for Defendant Standard Insurance Company:* |
|---|---|
| **INVICTUS LEGAL SERVICES** | **JENSEN MORSE BAKER PLLC** |
| By: *s/ George A. Fields*<br>George Andre Fields, WSBA No. 25973<br>E-Mail:  gafieldsdisabilitylaw@gmail.com | By: *s/Steven D. Jensen*<br>Steven D. Jensen, WSBA No. 26495<br>E-mail: steve.jensen@jmblawyers.com |

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 1
Case No. 2:23-cv-01049-TSZ

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## II. [PROPOSED] ORDER

Pursuant to the Stipulated Motion above, it is hereby ORDERED that:

Any and all claims and causes of action are dismissed with prejudice.

DATED: _____   _____
THE HONORABLE THOMAS S. ZILLY
United States District Court Judge

Presented by:

| *Attorneys for Plaintiffs:* | *Attorneys for Defendant Standard Insurance Company:* |
|---|---|
| **INVICTUS LEGAL SERVICES** | **JENSEN MORSE BAKER PLLC** |
| By: *s/George A. Fields* <br> George Andre Fields, WSBA No. 25973 <br> E-Mail: gafieldsdisabilitylaw@gmail.com | By: *s/Steven D. Jensen* <br> Steven D. Jensen, WSBA No. 26495 <br> E-mail: steve.jensen@jmblawyers.com |

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 2
Case No. 2:23-cv-01049-TSZ

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 25th day of November, 2025, the document attached hereto was delivered to the below counsel in the manner indicated.

| Counsel for Plaintiffs | |
|---|---|
| Invictus Legal Services<br>George Andre Fields<br>Attorney at Law<br>1700 7th Avenue; Suite 2100<br>Seattle, WA 98101<br>gafieldsdisabilitylaw@gmail.com | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

DATED this 25th day of November, 2025, in Seattle, WA.

By *s/Karen Langridge*
Karen Langridge, Legal Assistant

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 3
Case No. 2:23-cv-01049-TSZ

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550